**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Robert E. Blackburn, Judge**

Civil Case No.  02-RB-938 (MJW)

UBS PAINEWEBBER, INC.,

     Plaintiff,

v.

RAYMOND D. BURKLUND,
DIANE K. BURKLUND and
ROLAND FORTNER, as executor of the Estate of Doris Erika Berg,

     Defendants.

---

## ORDER FOR ADMINISTRATIVE CLOSURE

**Blackburn, J**

     This matter is before the court *sua sponte*.  On December 4, 2002, I entered an Order Compelling Arbitration and Staying Proceedings [#31].  The record indicates that all claims at issue between the parties will be heard by the arbitration panel.  Defendant Fortner's most recent status report [#46], filed March 7, 2005, indicates that an arbitration hearing was set to begin on March 14, 2005.  Fortner indicated that he would file an arbitration report with the court within fourteen days after the arbitration panel's ruling.  To date, no report has been filed.  I note that the parties have not consistently filed status reports every 90 days, as required by my December 4, 2002, order.

     In light of these circumstances, I conclude that this case should be administratively closed under D.C.COLO.LCivR 41.2.  If the parties require further action by the court once the arbitration proceedings are complete, they may file a motion to reopen this case.  Absent the filing of a motion to reopen this case made within 30 days of the issuance of

the arbitration panel's written ruling, this case may be dismissed with prejudice without further notice.

**THEREFORE, IT IS ORDERED** as follows:

1) That those portions of my December 4, 2002, order, requiring the parties to file a status report every 90 days, and to file a statement with the court once the arbitration is completed are **WITHDRAWN**;

2) That under D.C.COLO.LCivR 41.2, this case is **ADMINISTRATIVELY CLOSED**; and

3) That absent the filing of a motion to reopen this case made within 30 days of the issuance of the arbitration panel's written ruling, this case may be dismissed with prejudice without further notice.

Dated September 29, 2005, at Denver, Colorado.

                                            BY THE COURT:

                                            s/ Robert E. Blackburn
                                            Robert E. Blackburn
                                            United States District Judge